**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

SUN LIFE ASSURANCE COMPANY                                                        PLAINTIFF
OF CANADA (U.S.), n/k/a DELAWARE
LIFE INSURANCE COMPANY

v.                                              No. 5:15CV00023 JLH

JAMES L. NELSON; SHANNON D. NELSON;
and JAMES W. NELSON                                                                DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of James L. Nelson. The Court orders the Clerk to pay the funds that are in the registry of the Court to James L. Nelson by check payable to James L. Nelson and his attorneys, Ramsey, Bridgforth, Robinson and Raley LLP.

IT IS SO ORDERED this 28th day of July, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE